UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL DOLAN, SR. and MICHAEL DOLAN, JR.

                Plaintiffs,

-against-

THE NEW HYDE PARK FIRE DISTRICT, COUNTY
OF NASSAU, RICHARD STEIN, JOHN DIVELLO,
MICHAEL BONURA, JOHN BROWN, JOHN
WALDRON, and ROBERT VON WERNE (all in their
official and individual capacities),

                Defendants.
------------------------------------------------------------------X

~~PROPOSED~~ JUDGMENT

13-cv-5651 (JFB)(SIL)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 27 2017 ★
LONG ISLAND OFFICE

Based on the Jury's verdict rendered after trial on March 28, 2017 (Dkt. 87), awarding damages to both Plaintiffs, it is:

ORDERED AND ADJUDGED that judgment is entered against the NEW HYDE PARK FIRE DISTRICT, in favor of Plaintiff, MICHAEL DOLAN, SR., in the amount of $150,000.00 (One Hundred Fifty Thousand Dollars) for compensatory damages, and it is further

ORDERED AND ADJUDGED that judgment is entered against the NEW HYDE PARK FIRE DISTRICT, in favor of Plaintiff, MICHAEL DOLAN, JR., in the amount of $400,000.00 (Four Hundred Thousand Dollars) for compensatory damages, and it is further

ORDERED AND ADJUDGED that judgment is entered against RICHARD STEIN, in favor of Plaintiff, MICHAEL DOLAN, SR., in the amount of $30,000 (Thirty Thousand Dollars) for punitive damages, and it is further

ORDERED AND ADJUDGED that judgment is entered against RICHARD STEIN, in favor of Plaintiff, MICHAEL DOLAN, JR., in the amount of $30,000 (Thirty Thousand Dollars) for punitive damages, and it is further

ORDERED AND ADJUDGED that judgment is entered against JOHN DIVELLO, in favor of Plaintiff, MICHAEL DOLAN, JR., in the amount of $5,000 (Five Thousand Dollars) for punitive damages, and it is further

ORDERED AND ADJUDGED that judgment is entered against MICHAEL BONURA, in favor of Plaintiff, MICHAEL DOLAN, JR., in the amount of $5,000 (Five Thousand Dollars) for punitive damages, and it is further

ORDERED AND ADJUDGED that judgment is entered against JOHN BROWN, in favor of Plaintiff, MICHAEL DOLAN, JR., in the amount of $5,000 (Five Thousand Dollars) for punitive damages, and it is further

ORDERED AND ADJUDGED that Plaintiffs' counsel will file its brief seeking attorneys' fees, costs, and expenses in accordance with the briefing schedule previously approved by the Court. (Dkt. 89). The Court will issue an Order with respect to said motion at a later date.

Dated: Central Islip, New York
April 27, 2017

Douglas C. Palmer
~~ROBERT C. HEINEMAN~~
CLERK OF THE COURT

By: _____
Deputy Clerk

SO ORDERED

_____
Joseph F. Bianco
USDJ
Date: April 27, 2017
Central Islip, N.Y.