BDG/klu
01284-084960

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MICHAEL DOLAN, SR., and MICHAEL DOLAN, JR.,   **NOTICE OF APPEAL**

                Plaintiffs,

                                                                                        13-CV-5651 (JFB)(WDW)

          -against-

THE NEW HYDE PARK FIRE DISTRICT, RICHARD
STEIN, JOHN DIVELLO, MICHAEL BONURA and
JOHN BROWN,

                Defendants.
-------------------------------------------------------------------X

     Notice is hereby given that the defendants in the above-named case hereby appeal to the United States Court of Appeals for the Second Circuit from the Amended Memorandum and Order, entered in this action on December 22, 2017, which denied the defendants' motion for judgment in their favor as a matter of law pursuant to Federal Rule of Civil Procedure 50 as to liability and as to the jury's award of punitive damages, or a new trial as to both liability and damages pursuant to Federal Rule of Procedure 59, or a remittitur of the plaintiffs' compensatory damages awards.

Dated: New York, New York
       January 18, 2018

                                                 MARTIN CLEARWATER & BELL LLP

                                                 By: _____
                                                    Gregory B. Reilly
                                                    Barbara D. Goldberg
                                                    Attorneys for Defendants

THE NEW HYDE PARK FIRE DISTRICT,
RICHARD STEIN, JOHN DIVELLO,
MICHAEL BONURA and JOHN BROWN
90 Merrick Avenue, #401
East Meadow, New York 11554
(516) 222-8500

3229187_1

## CERTIFICATE OF SERVICE

      I hereby certify that on January 19, 2018, Defendants Notice of Appeal was electronically filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, the Eastern District's Local Rules, and the Eastern District's Rules on Electronic Service upon the following:

Rick Ostrove, Esq.
LEEDS BROWN LAW, P.C.
One Old Country Road, Ste 347
Carle Place, NY 11514

By: _____
             Aisling M. McAllister